**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TOYOTA MOTOR SALES, U.S.A., INC.

        Plaintiff,

v.

19951010 STORE, et al.,

        Defendants.

Case No. 22-cv-03952

**Judge Ronald A. Guzman**

**Magistrate Judge Maria Valdez**

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Toyota Motor Sales, U.S.A., Inc. ("Toyota" or "Plaintiff") against the defendants identified on Schedule A, and using the online marketplace accounts identified on Schedule A (collectively, the "Online Marketplaces"), and Toyota having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Toyota having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Toyota has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Toyota's federally registered trademarks (the "TOYOTA Trademarks") to residents of Illinois. In this case, Toyota has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the TOYOTA Trademarks. *See* Docket No.[16], Exhibit 3 to the Declaration of Teena Bohi, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Toyota Trademarks.

A list of the TOYOTA Trademarks is included in the below chart.

| Registration No. | Mark | Goods and Services |
|---|---|---|
| 1,797,716 |  | For: Automobiles and structural parts thereof in class 012. |
| 0843,138 | TOYOTA | For: Automobiles and motor trucks in class 012. |
| 1,589,552 | TOYOTA | For: Brake fluid and transmission fluid for use in motor vehicles in class 001. |

| | | |
|---|---|---|
| | | For: Lubricating oils and lubricating greases for use in motor vehicles in class 004. |
| 1,721,365 | TOYOTA | For: Parts and components made of metal for automobiles, trucks, and automotive vans; namely, lock cylinder and key sets, key blanks, cylinder head gaskets for internal combustion engines, bolts, nuts, washers, pulleys, brackets, shrouds, spacers, rivets, screws, metallic plates, clips, plugs, tubing, springs, elbows for piping and tubing, motion limiting stops, cotter pins, shaft pins, shafts, housings, covers, hangers, clamps, supports, baffles, snap rings, shaft keys, collars, grommets, unions, shims, drain cocks, grease fittings in class 006.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, alternators, and parts thereof, and mounting hardware therefor; generators, and parts thereof, and mounting hardware therefor; starter parts and components; namely, clutch assemblies and parts thereof; housing assemblies and parts thereof; ignition parts for internal combustion engines; namely, glow plugs, cables, spark plugs, coils, points, condensers, rotors, distributors and parts thereof, distributor caps, vacuum advances; internal combustion engine parts; namely, pistons, piston sets, piston rings, piston ring sets, piston connecting rod subassemblies and parts thereof, piston subbassemblies with pins, intake valves, exhaust valves; carburetors and parts thereof and mounting hardware |

3

therefor; throttle linkage parts; idle adjustment parts; fuel injection pumps and parts thereof and housing therefor; throttle body assemblies and parts thereof; turbocharger assemblies, fuel injector assemblies, carburetor kits, governor covers, journal bearings, thrust bearings, roller bearings, ball bearings, bushings; compressors for air conditioners and parts thereof; compressor clutches and parts thereof in class 007.

For: Hand tools; namely, body compressors for motor vehicles, wheel lug wrenches, fuse pullers, screwdrivers, extension bars, pliers, hammers, offset wrenches, hub nut wrenches, socket wrenches, spark plug wrenches, wrenches; hand operated lifting jacks for land vehicles, and parts thereof, and carriers therefor in class 008.

For: Parts and components for automobiles, trucks, and automotive vans; namely, thermostatic valves, computers and computer assemblies; speedometer assemblies, and parts thereof, and cables therefor; speedometer driven gears, speed sensors, combination meters, tachometer assemblies and parts thereof; oil level gauges; fuel gauge assemblies and receivers therefor, temperature gauge assemblies and receivers therefor; ammeter assemblies; pressure gauge assemblies and receivers therefor; pressure switch assemblies, voltage meter assemblies, clinometers, audio components for automobiles; antennas, and cords therefor, and

mounting hardware therefor;
speakers, and grilles therefor, and
mounting hardware therefor;
speaker kits, tape players, tape
player kits; radio receivers and
mounting hardware therefor; radio
receivers combined with tape
players, audio amplifiers, batteries,
electrical cables, wiring harnesses;
starter parts and components;
namely, yoke assemblies and parts
thereof, starter coils, commutator
frame assemblies and parts thereof,
brushes, brush holder assemblies
and parts thereof, starter switch
assemblies, armature assemblies
and parts thereof; electric current
rectifiers, voltage regulators,
preheating timers, glow plug
sensors, electrical fuses; electrical
fuse blocks and covers therefor;
turn signal switch assemblies;
electrical switch assemblies and
parts thereof; rheostats, fuel
regulators, air flow meters, electric
relays, solenoid assemblies,
solenoid valves, automatic control
valves, temperature sensors, fluid
pressure sensors, fluid level
sensors, tachometer input sensors,
throttle position sensors, oxygen
sensors, knock control sensors,
magnet switch assemblies, signal
generators; cigarette lighter
assemblies and parts therefor in
class 009.


For: Parts and components for
automobiles, trucks, and automotive
vans; namely, cool boxes, and
accessories therefor; air
conditioning systems; components
and parts of air conditioning
systems; namely, cooler/accessory
assemblies, coolers, condensers,

|  |  | cooling fans, evaporators, cooling unit assemblies, blower motor assemblies and parts thereof; air conditioner kits; parts and components for cabin heating and ventilation; namely, cowl panel subassemblies, cowl vent doors, cowl vent louvers, air duct screens, air duct assemblies and parts thereof, ventilation control assemblies and parts thereof, heater control assemblies and parts thereof, control cable subassemblies and parts thereof, blower assemblies and parts thereof, radiator assemblies and parts thereof, heater cores, rear heaters and accessories therefor, heater valve assemblies; lamp housing assemblies and parts thereof; lamps; sealed beam housing assemblies and parts thereof; sealed beams, headlamp kits, fog lamp covers, lens kits, headlamp doors, rear window defoggers in class 011.

For: Parts and components for automobiles, trucks, and automotive vans; namely, main bodies and components thereof; rear short body assemblies, rear long body assemblies; mouldings, being body parts; RR L/guard body assemblies, short L/guard bed assemblies, long L/guard bed assemblies, long bed body assemblies, short bed bodies, complete bed assemblies; tailgates and parts thereof, and mounting hardware therefor; mirrors, and actuators therefor, and mounting hardware therefor, and covers therefor; consoles and parts thereof; and mounting hardware therefor; interior trim panels and parts thereof; seat assemblies, and parts |

6

| | | thereof, and mounting hardware therefor; seat covers, body panels, deck lids, trunk panels, hood windows and mounting hardware therefor; windshields and mounting hardware therefor; frames and parts thereof; spare wheel carriers and parts thereof; bumpers, and parts thereof, and mounting hardware therefor; radiator grilles; ornaments; radiators, and parts thereof, and caps therefor; radiator support assemblies and parts thereof; radiator baffle assemblies and parts thereof; radiator reserve tanks and parts thereof; hood front protectors; locks, and parts thereof, and releases therefor; splash shields, stone deflectors, instrument panels, dash panels, safety pads; glove compartment doors and parts thereof; silencer pads, roof rails, roof channels, body trim; sunshade trim assemblies and parts thereof; sliding roofs, and parts thereof, and mounting hardware therefor; roof headlining assemblies and parts thereof; removable roofs and mounting hardware therefor; luggage compartment covers; package trays and parts thereof; tonneau covers and holders therefor; luggage compartment doors and parts thereof; luggage compartment trays, parcel covers, safety belt assemblies; seat adjuster assemblies and parts thereof; sun visor assemblies and parts thereof; battery carriers and parts thereof; license plate bracket assemblies and parts thereof; emblems; ornaments; spoiler assemblies, and parts thereof, and covers therefor, and protectors therefor; mudguard assemblies and parts thereof; fuel tank assemblies and parts thereof; |
|---|---|---|

| | | | fuel tank cover assemblies, fuel caps, fuel expansion tanks, charcoal canisters, engine block heaters, cargo covers, vehicle covers, masks, cargo screens, foot rests; deck board assemblies and parts thereof; ash receptacles, foot pedals; foot pedal linkage assemblies and parts thereof; foot pedal cable assemblies and parts thereof; automatic drive cable assemblies, choke cable assemblies, choke rod assemblies, choke openers, breakers; water pumps and parts thereof; oil cooler assemblies and parts thereof; engine cooling fans and shrouds therefor; trim Tings; transaxles and parts thereof; torque converters and parts thereof; transmissions and parts thereof; shift assemblies and parts thereof; transfer assemblies and parts thereof; differential carrier assemblies, differentials and parts thereof; axle housing assemblies and parts thereof; drive shaft assemblies and parts thereof; brake drums, wheel hubs, disc wheels, wheel caps, hub caps, wheel covers, wheel cap rings; clutch parts; namely, housings, forks, pressure plates, release bearings, discs, pedal assemblies and parts thereof, cables, cylinders and parts thereof; brake parts; namely, caliper assemblies and parts thereof, pads, pad wear indicating assemblies and parts thereof, shoes and parts thereof and lining therefor, pedal assemblies and parts thereof, cylinders, boosters and parts thereof, proportioning valve assemblies, parking brake assemblies and parts thereof; steering system components; namely, steering wheels and parts |
|---|---|---|---|

| | | thereof, steering column assemblies and parts thereof, steering wheel tilting assemblies and parts thereof, tie rod assemblies and parts thereof, idler arm assemblies and parts thereof, worm assemblies and parts thereof, steering racks and rack assemblies, steering pinions, ball joint assemblies and parts thereof, steering knuckles and parts thereof, valve assemblies and parts thereof, pumps and parts thereof; oil reservoirs and parts thereof; suspension components; namely, arm assemblies and parts thereof, spring assemblies and parts thereof, shock absorber assemblies and parts thereof including shock absorbers and strut cartridges, stabilizer bars; engine assemblies, short block assemblies, partial engine assemblies, cylinder head assemblies; engine parts and components; namely, cylinder heads, cylinder head housings, cylinder head cover subassemblies and parts thereof, valve seats, valve guides, valve lifters, valve push rods, rocker arm assemblies and parts thereof, engine blocks, crankshafts, camshafts, camshaft housings, combustion chambers, cylinder liners, connecting rods, flywheel sub-assemblies and parts thereof, oil pumps and parts thereof; oil filters and holders therefor; timing gear case sub-assemblies and parts thereof; timing chains, timing belts, timing gears, timing sprockets, timing tensioners, timing vibration dampers, flywheel covers, oil pans, oil filler caps, positive crankcase ventilation valves, engine-driven belts; catalytic converters and mounting hardware therefor; engine exhaust |
|---|---|---|

manifolds; exhaust pipes and mounting hardware therefor; tail pipes and mounting hardware therefor and baffles therefor; mufflers and mounting hardware therefor; fuel pumps and parts thereof; fuel filter elements and holders therefor; engine intake manifolds, engine intake air valve assemblies, engine intake injection manifolds; air pumps and parts thereof; engine vacuum switch valve assemblies; air cleaner elements and holders therefor; transmission overhaul kits, stripes kits, timing kits, bearing kits, mudguard kits, worm kits for power steering, transaxle overhaul kits, theft kits, bumper kits, drop hitch receivers and brackets therefor; motor/pump assemblies, intake air surge tanks; vacuum pumps and parts thereof; cooling unit assemblies, air switch valve assemblies, joint shaft assemblies; floor pan assemblies and parts thereof; garnishes, cover retractor assemblies, cover tops; turn signal flasher assemblies and parts thereof; wiper motor/link assemblies and parts thereof; wiper arm/blade assemblies and parts thereof; windshield washers and parts thereof; motor assemblies and parts thereof for operating movable vehicle body components; electric horns, electric buzzers, vacuum speed control pump assemblies, tow hitches, racks for carrying items; starter assemblies and housing therefor; fitted covers for vehicles in class 012.

For: Parts and components for automobiles, trucks, and automotive

| | | |
|---|---|---|
| | | vans; namely, clocks and parts thereof in class 014.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, gaskets, gasket kits, boots, boot kits, seals, tubing, o-rings, diaphragms, thermal insulators, hoses, plastic knobs, packing coil in class 017.<br><br>For: Parts and components for automobiles, trucks, and automotive vans; namely, floor mats, carpets in class 027. |
| 2,115,623 | TOYOTA | For: Vehicle anti-theft systems comprising radio frequency transmitters, radio frequency receivers, status monitors, glass breakage sensor units, electronic control units, dashboard signal lights, vehicular horn activators, vehicular light activators, and dashboard control switches, in various combinations of components, sold as a unit and individually as repair or replacement parts in class 012. |
| 1,262,925 | CAMRY | For: Automobiles and structural parts thereof in class 012. |
| 5,256,854 | C-HR | For: Automobiles and structural parts thereof in class 012. |
| 0867,434 | COROLLA | For: Motorcars and parts thereof in class 012. |
| 2,249,838 | HIGHLANDER | For: Automobiles and structural parts thereof in class 012. |
| 2,590,587 | LAND CRUISER | For: Automobiles in class 012. |
| 2,485,614 | PRIUS | For: Automobiles and structural parts therefor in class 012. |
| 2,171,261 | RAV4 | For: Automobiles and structural parts thereof in class 012. |

| 1,854,126 | 4RUNNER | For: Automobiles and structural parts thereof in class 012. |
|---|---|---|
| 2,462,106 | SEQUOIA | For: Motor cars and structural parts thereof in class 012. |
| 2,145,102 | SIENNA | For: Automobiles and structural parts thereof in class 012. |
| 5,932,399 | SUPRA | For: Automobiles and structural parts thereof in class 012. |
| 2,650,486 | TACOMA | For: Pick-up trucks and structural parts thereof in class 012. |
| 3,247,860 | TUNDRA | For: Automobiles and structural parts thereof in class 012. |
| 3,159,930 | YARIS | For: Motorcars and structural parts thereof in class 012. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Toyota's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the TOYOTA Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Toyota product or not authorized by Toyota to be sold in connection with the TOYOTA Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Toyota product or any other product produced by Toyota, that is not Toyota's or not produced under the authorization, control, or supervision of Toyota and approved by Toyota for sale under the TOYOTA Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Toyota, or are sponsored by, approved by, or otherwise connected with Toyota; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Toyota, nor authorized by Toyota to be sold or offered for sale, and which bear any of Toyota's trademarks, including the TOYOTA Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplaces, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the TOYOTA Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the TOYOTA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Toyota product or not authorized by Toyota to be sold in connection with the TOYOTA Trademarks.

3. Upon Toyota's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the TOYOTA Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Toyota is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit TOYOTA Trademarks on products sold through at least the Online Marketplaces. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Online Marketplaces from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.      All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, and Amazon Pay, are hereby released to Toyota as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Toyota the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.      Until Toyota has recovered full payment of monies owed to it by any Defaulting Defendant, Toyota shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.      In the event that Toyota identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Toyota may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Teena Bohi and any e-mail addresses provided for Defaulting Defendants by third parties.

9.      The ten-thousand-dollar ($10,000) surety bond posted by Toyota is hereby released to Toyota or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Toyota or its counsel.

This is a Default Judgment.

Dated: 10/14/2022

Ronald A. Guzman

Ronald A. Guzman
United States District Judge

**Toyota Motor Sales, U.S.A., Inc. v. 19951010 Store, et al.,- Case No. 22-cv-3952**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| **Defendant Online Marketplaces** | | |
| 1 | aliexpress.com/store/1101953895 | 19951010 Store |
| 2 | aliexpress.com/store/1101426473 | Aa sweety 666 Store |
| 3 | aliexpress.com/store/1101334104 | ABPN Store |
| 4 | aliexpress.com/store/5621270 | A-Car Store |
| 5 | aliexpress.com/store/1102113473 | Accord Apparel Store |
| 6 | aliexpress.com/store/1100303080 | AERPMIVA brand Store |
| 7 | aliexpress.com/store/912664707 | Angdu car products Store |
| 8 | aliexpress.com/store/1101882625 | artad Store |
| 9 | aliexpress.com/store/1101877567 | as Store |
| 10 | aliexpress.com/store/1101359824 | ATA Stickers Store |
| 11 | aliexpress.com/store/912687882 | Automo Parts Wholesales Store |
| 12 | aliexpress.com/store/911056066 | Autos & Motors Store |
| 13 | aliexpress.com/store/912500082 | Baka MOTOR Store |
| 14 | aliexpress.com/store/1101401362 | BRAWL Store |
| 15 | aliexpress.com/store/1102005225 | BSTGS Auto Accessories Store |
| 16 | aliexpress.com/store/1101877236 | Building Block T-shirt Store |
| 17 | aliexpress.com/store/1101876498 | Car Decoration 0123 Store |
| 18 | aliexpress.com/store/1101382981 | Car heaven Store |
| 19 | aliexpress.com/store/1101953507 | Car World Club Store |
| 20 | aliexpress.com/store/1101683700 | car9202 Store |
| 21 | aliexpress.com/store/1102047052 | Carfirst Car Products Store |
| 22 | aliexpress.com/store/5047089 | Car-my good friend Store |
| 23 | aliexpress.com/store/1101296219 | Chuanyuede Store |
| 24 | aliexpress.com/store/912372130 | Comeontd Store |
| 25 | aliexpress.com/store/1102033760 | cybersticker Store |
| 26 | aliexpress.com/store/1101899523 | DD Fun Clothing Store Store |
| 27 | aliexpress.com/store/1101894593 | DOORDASH Official Store |
| 28 | aliexpress.com/store/4991374 | Drop Shipping Car Accessories Store |
| 29 | aliexpress.com/store/1101838643 | Drop shipping car accessorieSs Store |
| 30 | aliexpress.com/store/911940653 | DUUEPLAY luck Store |
| 31 | aliexpress.com/store/1100960617 | EAutoLife Store |
| 32 | aliexpress.com/store/911443140 | ELDEN Costumes Store |

| 33 | aliexpress.com/store/1101397921 | Especially for Your Car Store |
|---|---|---|
| 34 | aliexpress.com/store/5617378 | FantasticCar Store |
| 35 | aliexpress.com/store/1101772938 | Fengdu car products Store |
| 36 | aliexpress.com/store/912618538 | FPY Store |
| 37 | aliexpress.com/store/1101773474 | FS little fish Store |
| 38 | aliexpress.com/store/1101678622 | HangHang-Yu Store |
| 39 | aliexpress.com/store/1101376055 | HOXHAH Store |
| 40 | aliexpress.com/store/5791663 | Hyperfocus Store |
| 41 | aliexpress.com/store/1101349485 | imccbcce Official Store |
| 42 | aliexpress.com/store/1101937981 | Invincible handsome Store |
| 43 | aliexpress.com/store/1101872510 | JGK Store |
| 44 | aliexpress.com/store/1101915769 | JIAKIA Store |
| 45 | aliexpress.com/store/1101911205 | JiKr-R Store |
| 46 | aliexpress.com/store/1101874037 | JunD H Store |
| 47 | DISMISSED | DISMISSED |
| 48 | aliexpress.com/store/5219033 | Light Of EC China Store |
| 49 | aliexpress.com/store/1101336273 | Little Ting Store |
| 50 | aliexpress.com/store/1101510290 | LLLLRH Store |
| 51 | aliexpress.com/store/1101327477 | Luo's Automobiles & Motorcycles Store |
| 52 | aliexpress.com/store/1101883609 | Men and women T-shirt Store |
| 53 | aliexpress.com/store/1101784231 | mggmg Store |
| 54 | aliexpress.com/store/1102025480 | Mini clothing Store |
| 55 | aliexpress.com/store/1102065013 | miss miss chen shop 2 Store |
| 56 | aliexpress.com/store/1101390177 | MOTOAUTO Store |
| 57 | aliexpress.com/store/912458862 | Motorcycle online Store |
| 58 | aliexpress.com/store/1547026 | NICE Auto Accessories Store |
| 59 | aliexpress.com/store/1100996008 | NICE Auto Accessories Store (1) |
| 60 | aliexpress.com/store/912245157 | NZ Car Store |
| 61 | aliexpress.com/store/1101805470 | OSO Store |
| 62 | aliexpress.com/store/1101792217 | pfjhskjreuyhdfjns Store |
| 63 | aliexpress.com/store/1101867332 | q222333 Store |
| 64 | aliexpress.com/store/912307282 | Qi car pro Store |
| 65 | aliexpress.com/store/1101829678 | Qi car pro Store (1) |
| 66 | aliexpress.com/store/1101960824 | Qitty Store |
| 67 | aliexpress.com/store/1102001235 | QoQ Car Store |
| 68 | aliexpress.com/store/1101603322 | Sdical me Store |
| 69 | aliexpress.com/store/1102041908 | Shop for a family of five Store |
| 70 | aliexpress.com/store/1101986570 | Shop1100080020 Store |
| 71 | aliexpress.com/store/1100120006 | Shop1100120006 Store |
| 72 | aliexpress.com/store/1102020924 | Shop1100215100 Store |
| 73 | aliexpress.com/store/1102029592 | Shop1100262296 Store |

| 74 | aliexpress.com/store/1102049565 | Shop1100368374 Store |
|-----|----------------------------------|----------------------|
| 75 | aliexpress.com/store/1100388392 | Shop1100389376 Store |
| 76 | aliexpress.com/store/1102039318 | Shop110055 Store |
| 77 | aliexpress.com/store/1102091363 | Shop1102089454 Store |
| 78 | aliexpress.com/store/1102092317 | Shop1102092317 Store |
| 79 | aliexpress.com/store/1102096071 | Shop1102099027 Store |
| 80 | aliexpress.com/store/1101940750 | Shop1970901 Store |
| 81 | aliexpress.com/store/1101282459 | Shop3677003 Store |
| 82 | aliexpress.com/store/1101323453 | Shop4987102 Store |
| 83 | aliexpress.com/store/5134087 | Shop5134087 Store |
| 84 | aliexpress.com/store/1101349461 | Shop5260209 Store |
| 85 | aliexpress.com/store/1101388829 | Shop5781716 Store |
| 86 | aliexpress.com/store/1101405261 | Shop5874724 Store |
| 87 | aliexpress.com/store/1101542268 | Shop910414075 Store |
| 88 | aliexpress.com/store/911891257 | Shop910734153 Store |
| 89 | aliexpress.com/store/910988034 | Shop910988034 Store |
| 90 | aliexpress.com/store/1101578076 | Shop911124008 Store |
| 91 | aliexpress.com/store/1101594669 | Shop911264135 Store |
| 92 | aliexpress.com/store/1102090077 | Shop911266999 Store Store |
| 93 | aliexpress.com/store/1101943843 | Shop912627016 Store |
| 94 | aliexpress.com/store/1101392786 | SKYDRAW LED CAR LIGHT Store |
| 95 | aliexpress.com/store/1100978968 | SKYDRAW Official Store |
| 96 | aliexpress.com/store/1101243621 | Smater Shopping Be Living Store |
| 97 | aliexpress.com/store/1102048802 | SOAR Store |
| 98 | aliexpress.com/store/1101766399 | SSDS5520 Store |
| 99 | aliexpress.com/store/1101343552 | SSShining Your Car Store |
| 100 | aliexpress.com/store/1101854095 | Stay Safe Car Store |
| 101 | aliexpress.com/store/1101765609 | SuperLILI Store |
| 102 | aliexpress.com/store/1101843841 | SuperYI Store |
| 103 | aliexpress.com/store/5439190 | susulaimi car products Store |
| 104 | aliexpress.com/store/1101799416 | Tebo Store |
| 105 | DISMISSED | DISMISSED |
| 106 | aliexpress.com/store/5889286 | the car you need Store |
| 107 | aliexpress.com/store/1101387943 | There Must Be Something You Need Store |
| 108 | aliexpress.com/store/1101348967 | TIMELOGOZ Store |
| 109 | aliexpress.com/store/1101347774 | T-O-P Store |
| 110 | aliexpress.com/store/1100491073 | TOPHUB Store |
| 111 | aliexpress.com/store/911129160 | Trend 3 Area Store |
| 112 | aliexpress.com/store/5625281 | VOGUES VEHICLE PARTS Store |
| 113 | DISMISSED | DISMISSED |
| 114 | aliexpress.com/store/1101890042 | xiantong666666 Store |

| 115 | aliexpress.com/store/1102012763 | Xinxin s Love Store |
| 116 | aliexpress.com/store/1101832898 | XJ-8-8 Store |
| 117 | aliexpress.com/store/1102126156 | Yaneko5 Store |
| 118 | aliexpress.com/store/1101808610 | yitai Store |
| 119 | aliexpress.com/store/1101313741 | yiwuhong99 Store |
| 120 | aliexpress.com/store/1101842866 | yut Store |
| 121 | aliexpress.com/store/1101957362 | Zona7 Store |
| 122 | aliexpress.com/store/1101213710 | ZongDi AutoParts Store |
| 123 | aliexpress.com/store/1100910624 | ZZONE Men Tshirt Store |
| 124 | amazon.com/sp?seller=A143FL9TRCZ7IS | A143FL9TRCZ7IS |
| 125 | DISMISSED | DISMISSED |
| 126 | DISMISSED | DISMISSED |
| 127 | amazon.com/sp?seller=A30BNSQFLTS389 | A30BNSQFLTS389 |
| 128 | DISMISSED | DISMISSED |
| 129 | amazon.com/sp?seller=A1DBPESU3LP7RY | AM--shop |
| 130 | amazon.com/sp?seller=A2UT7H1Z03Q76J | AnKu Safety |
| 131 | amazon.com/sp?seller=A10OF3GAWHQO8M | aocunkaka |
| 132 | amazon.com/sp?seller=A1AQWLA3WKQR4M | AUTO PARTS DEALER |
| 133 | amazon.com/sp?seller=A1NYVIV77A1S5M | AutoProtect |
| 134 | amazon.com/sp?seller=AXQB4MA9N6H7F | baouanq |
| 135 | amazon.com/sp?seller=A21WZU5CM0WMAO | Car Idol |
| 136 | DISMISSED | DISMISSED |
| 137 | amazon.com/sp?seller=AIBZWDW9EICAV | CART Car |
| 138 | amazon.com/sp?seller=A1AS2M6K72I0U | chengdoumufuoushangmaoyouxiangongs |
| 139 | amazon.com/sp?seller=AN65QKSKRXRCO | chengdujianjilinkejiyouxiangongsi |
| 140 | amazon.com/sp?seller=A2RRQK3DIJPU64 | chengdujihechaokejiyouxiangongsi |
| 141 | amazon.com/sp?seller=A1SLPZO2ZMHALR | Chifudingtaikemao |
| 142 | amazon.com/sp?seller=A2EOM1URBQX2UL | chuanjianshangmao |
| 143 | DISMISSED | DISMISSED |
| 144 | DISMISSED | DISMISSED |
| 145 | amazon.com/sp?seller=A2UHRW7IKL82HU | DA-JG |
| 146 | amazon.com/sp?seller=A2J2TYHRCWTX34 | dongshenqichexiaoshou |
| 147 | DISMISSED | DISMISSED |
| 148 | DISMISSED | DISMISSED |
| 149 | amazon.com/sp?seller=A14A9CSULRQY5T | EGOSUN |
| 150 | DISMISSED | DISMISSED |
| 151 | amazon.com/sp?seller=A1UT8H62ILO9R0 | FEIFANWULIAN |
| 152 | amazon.com/sp?seller=A3L7127M76ZOQA | fenjianul |
| 153 | DISMISSED | DISMISSED |
| 154 | amazon.com/sp?seller=A2VRMIXIIPUSZ4 | Flyhighfar |
| 155 | amazon.com/sp?seller=A3TREC9HS1813 | fuzhirui |

| 156 | DISMISSED | DISMISSED |
|---|---|---|
| 157 | amazon.com/sp?seller=A1AC9AMRUX0FJ7 | Gong'YiShiYingFanShangMaoYouXianGongSi |
| 158 | amazon.com/sp?seller=A16LEMDDFGYPPU | guangzhoumiaosimaoyiyouxiangongsi |
| 159 | amazon.com/sp?seller=A1APTGCYDCBJRB | guangzhoushisulimaoyiyouxiangongsi |
| 160 | amazon.com/sp?seller=A2BI8H1XX2UKU3 | haikourannendianzishangwuyouxiangongsi |
| 161 | DISMISSED | DISMISSED |
| 162 | amazon.com/sp?seller=A3BP27YEEW5J24 | Haozhemaoyi |
| 163 | amazon.com/sp?seller=A1D3OZT2CSJJXV | hefeishengxiaguahuashangmaoyouxiangongsi |
| 164 | amazon.com/sp?seller=A3IGSR62VOTZ4X | HEZHONGLINGDEDIANPU |
| 165 | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED |
| 167 | amazon.com/sp?seller=A102R802546431 | HUIASEW |
| 168 | DISMISSED | DISMISSED |
| 169 | amazon.com/sp?seller=A2YJ1I7A1J9PF | jiafeishishangjing |
| 170 | amazon.com/sp?seller=A2XL4HKKXM0OAO | jinhaimi |
| 171 | DISMISSED | DISMISSED |
| 172 | amazon.com/sp?seller=A3QEO1YINELLP1 | junpeng22 |
| 173 | DISMISSED | DISMISSED |
| 174 | DISMISSED | DISMISSED |
| 175 | amazon.com/sp?seller=A3SW7HF24OR2VM | Kuicana |
| 176 | amazon.com/sp?seller=A3120NZ1SXO5F3 | KvSrr One-Stop Auto supplies |
| 177 | amazon.com/sp?seller=ACEREDO7IJHJF | LINGEHAO |
| 178 | amazon.com/sp?seller=AM02ME8X20ABH | linglingcar |
| 179 | DISMISSED | DISMISSED |
| 180 | amazon.com/sp?seller=A3NX3LRYDOX6Z3 | Longyu-US |
| 181 | amazon.com/sp?seller=AKVFUH1HXY8JA | LUOSHENGFUDEDIANPU |
| 182 | DISMISSED | DISMISSED |